## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

RICHARD GRAFFIUS,

    Plaintiff,

v.                                                            CASE NO.: 9:18-CV-80629-WPD

DOLLAR FINANCIAL GROUP, INC.,

    Defendant.

---

### PLAINTIFF'S NOTICE OF NON-OBJECTION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION (DOC. 9)

---

COMES NOW Plaintiff, Richard Graffius, by and through his undersigned counsel, hereby gives Notice to the Court that he does not object to this Court staying this matter and compelling arbitration per Defendant's Motion to Compel Arbitration (Doc. 9).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2018, a true copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

    Respectfully submitted,

*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
Heather@TheConsumerProtectionFirm.com
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Boulevard.
Tampa, FL 33629
Tele: (813) 500-1500
Fax: (813) 435-2369
*Attorneys for Plaintiff*