UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80629-CIV-DIMITROULEAS

RICHARD GRAFFIUS,

    Plaintiff,

vs.

DOLLAR FINANCIAL GROUP, INC.,

    Defendant.

_____/

## ORDER GRANTING MOTION TO COMPEL ARBITRATION AND TO STAY JUDICIAL PROCEEDINGS

THIS CAUSE is before the Court upon Defendant Dollar Financial Group, Inc.'s Motion to Dismiss or Compel Arbitration. [DE 9]. On July 6, 2018, Plaintiff filed a Notice of Non-objection to Defendant's Motion to Compel Arbitration [DE 18], filed herein on July 6, 2018. The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 9] is hereby **GRANTED in part**;

2. The parties are compelled to arbitrate this case;

3. The Clerk is directed to **ADMINISTRATIVELY CLOSE this case and DENY AS MOOT** any pending motions;

4. The parties shall file status reports as to the status of the arbitration on or before October 9, 2018 and every ninety (90) days thereafter.

**DONE AND ORDERED**, in Chambers, in Fort Lauderdale, Broward County, this 9th day of July, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record