UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

RICHARD GRAFFIUS

    Plaintiff,

v.                                                CASE NO: 9:18-cv-80629-WPD

DOLLAR FINANCIAL GROUP, INC.

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Richard Graffius and Defendant Dollar Financial Group, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action has been resolved, and would request entry of an Order dismissing this matter without prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on October 18, 2018.

| | |
|---|---|
| _/s/ Heather H. Jones_ | _/s/ John D. Agnew_ |
| Heather H. Jones, Esq. | John D. Agnew, Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 0027377 |
| William "Billy" Peerce Howard, Esq. | P.O. Box 280 |
| Florida Bar No.: 0103330 | Ft. Myers, FL  33902-0280 |
| THE CONSUMER PROTECTION FIRM, PLLC | Phone: 239-344-1364 |
| 4030 Henderson Blvd. | Fax: 239-344-1538 |
| Tampa, FL  33629 | John.agnew@henlaw.com |
| Tel (813) 500-1500/Fax: (813) 435-2369 | *Attorney for Defendant* |
| Heather@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorneys for Plaintiff* | |