UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80629-CIV-DIMITROULEAS

RICHARD GRAFFIUS,

    Plaintiff,

vs.

DOLLAR FINANCIAL GROUP, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal Without Prejudice [DE 22], filed herein on October 18, 2018. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is **APPROVED**;

2. This case is **DISMISSED WITHOUT PREJUDICE,** with each party to bear their own costs and attorneys' fees;

3. This case remains closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of October, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record